United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3311

_____

Juanita Whitson,                        *
                                        *
            Appellant,                  *
                                        *    Appeal from the United States
      v.                                *    District Court for the
                                        *    Eastern District of Missouri.
Union Electric Company,                 *        [UNPUBLISHED]
                                        *
            Appellee.                   *

_____

Submitted:  January 6, 1998

Filed:  January 12, 1998

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

    Juanita Whitson appeals from the district court's[1] dismissal of her complaint. After reviewing the record and the parties' briefs, we conclude that the judgment of the district court was correct, and that an extended opinion would have no precedential value.  Accordingly, the judgment is affirmed.  See 8th Cir. R. 47B.

_____

    [1]The Honorable David D. Noce, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

A true copy.

Attest:

CLERK,  U.S.  COURT  OF  APPEALS,  EIGHTH  CIRCUIT.